UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 00154
  MICHAEL A BAKER
  DAWN C BAKER                                 CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-1647      SSN XXX-XX-8884

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 01/09/06 and confirmed on 04/12/06.

  2.  The case was dismissed after confirmation, 03/14/2008.

  3.  The Debtor paid a total of $   9917.00 .

  4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST MIDWEST BANK | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 2400.00 | 105.37 | 2400.00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 2400.00 | 133.47 | 2400.00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ALLERGY & ASTHMA CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED ALPHA ASSISTANTS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1557.06 | .00 | 199.20 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AVON PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 827.57 | .00 | 105.88 |
| CAPITAL ONE BANK | UNSECURED | 809.47 | .00 | 103.56 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ESOTERIX LABORATORY SERV | UNSECURED | NOT FILED | .00 | .00 |
| HAVERIC MEDICAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHSOUTH JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| HEICHTS FINANCE | SECURED | 1000.00 | 89.90 | 536.10 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HINSDALE ORTHOPAEDIC ASS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 919.17 | .00 | 117.59 |
| INSTITUTE FOR PERSONAL D | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| KIDDER MUSIC SERVICE INC | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 593.78 | .00 | 75.96 |

```
PERSONAL FINANCE CO       UNSECURED      3797.37              .00        485.81
PROVENA ST JOSEPH MEDICA  UNSECURED     NOT FILED             .00           .00
SCHOLASTIC                UNSECURED     NOT FILED             .00           .00
4 FRIENDS SCHOLASTIC      UNSECURED     NOT FILED             .00           .00
THE CASH STORE            UNSECURED     NOT FILED             .00           .00
TINLEY WOODS SURGERY CTR  UNSECURED     NOT FILED             .00           .00
TINLEY WOODS ANESTHSIA S  UNSECURED       237.75             .00         30.41
TRACE AMBULANCE           UNSECURED     NOT FILED             .00           .00
FIRST MIDWEST BANK        MORTGAGE ARRE    800.00            .00         350.00
AMERICAN GENERAL FINANCE  UNSECURED       268.29             .00         34.32
AMERICREDIT FINANCIAL     UNSECURED       169.75             .00         21.72
HEIGHTS FINANCE           UNSECURED      2535.26             .00        324.34
          Summary of disbursements:
--------------------------------------------------------------------------------

                 SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------

TOTAL CLMS ALLOWED  6600.00        .00   11715.47         .00     18315.47
PRINCIPAL PAID      5686.10        .00    1498.79         .00      7184.89
INTEREST PAID        328.74        .00         .00        .00       328.74
TOTAL PAID          6014.84        .00    1498.79         .00      7513.63
```

The Debtor's attorney, SCHEINBAUM & WEST            , was allowed $   2500.00
and was paid $    461.00   direct and $   2039.00   through the plan.

The Trustee received $    364.37 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/23/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 06 B 00154 MICHAEL A BAKER & DAWN C BAKER